KERNAN LAWLER, Respondent, *v.* JOHN MAHAR et al., Respondents.

THE WATERTOWN FIRE INSURANCE COMPANY, Appellant.

(Argued March 17, 1880; decided June 15, 1880.)

*Hannibal Smith* for appellant.

*John Thompson* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.